# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE  MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                              Date:   July 2, 2013
Court Reporter:     Terri Lindblom

Civil Action No. 13-cv-01345-MSK

*Parties*:                                                       *Counsel Appearing:*

OWNERS INSURANCE COMPANY, an Ohio corporation                    Gregory Giometti

          Plaintiff,

v.

SPRINGFIELD AT INDIAN CREEK ASSOCIATION,  a                      Michael Brownlee
Colorado Nonprofit corporation doing business as
Landmark Townhomes,

          Defendant.

## COURTROOM MINUTES

HEARING:   Law and Motion

**3:03 p.m.      Court in session.**

The Court addresses defendant's Motion to Stay (**Doc. #8**).

Counsel indicate they have reached a stipulation as to process **(Doc. #10)**

Oral findings are made of record and incorporated herein.

**ORDER:**   The stipulation filed today **(Doc. #10)** resolves the Motion to Stay **(Doc. #8)**. The Motion to Stay (**Doc. #8**) is **DENIED** as moot.  The Clerk will administratively close this case 15 days from today's date.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2


**3:14 p.m.**     **Court in recess.**

**Total Time:   11 minutes.**
**Hearing concluded.**